UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

RICHARD CRAYCRAFT

    Plaintiff,

V.                                CIVIL ACTION NO.
                                      1:12-cv-02247-RDB

NORTHERN RESOLUTION GROUP, LLC

    Defendant.                        MARCH 18, 2013

## NOTICE OF DISSMISSAL

The plaintiff through his attorney Michael William Kennedy stipulates that the claims in the above-entitled action shall be dismissed without prejudice and without costs, subject to approval of the Court.

                                                        THE PLAINTIFF

                                                        BY/S/Michael W. Kennedy
                                                        Michael W. Kennedy, Esquire
                                                        The Kennedy Law Firm
                                                        1204 Main Street, Suite 176
                                                        Branford, CT 06405
                                                        MD Bar No: 29935
                                                        203-481-4040
                                                        Fax: 443-440-6372
                                                        Email: mwk550@yahoo.com

Request GRANTED This 19th Day of March, 2013.

Richard D. Bennett
United States District Judge

## *CERTIFICATION*

I hereby certify that on 3/18/13 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Michael W. Kennedy